IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXTRACKER, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNLINK CORPORATION, <br><br> Defendant. | C.A. No. 18-1889-MN |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

This stipulation is made by and between Plaintiff NEXTracker, Inc. ("NEXTracker") and Defendant SunLink Corporation ("SunLink").

WHEREAS, NEXTracker has asserted various claims in the above-captioned case; and

WHEREAS, NEXTracker and SunLink have entered into a settlement agreement;

NOW THEREFORE, IT IS HEREBY JOINTLY STIPULATED by Plaintiff and Defendant that:

1. Pursuant to Fed. R. Civ. P. 41(a), all claims and demands asserted in the above-captioned case are hereby dismissed without prejudice.

2. SunLink shall not anywhere in the United States, manufacture, import, sell, offer to sell, license, lease, transfer or otherwise distribute the Current Tracker Products, or any products no more than colorably different therefrom, during the life of the asserted NEXTracker Patents and any continuations thereof.

3. Each party is to bear its own costs and attorneys' fees with respect to the above-captioned case.

| FISH & RICHARDSON P.C. | HEYMAN, ENERO, GATTUSO & HIRZEL LLP |
|---|---|
| By: */s/ Gregory R. Booker* | By: */s/ Aaron M. Nelson* |
| Gregory R. Booker (#4784)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>booker@fr.com | Dominick T. Gattuso (#3630)<br>Aaron M. Nelson (#5941)<br>300 Delaware Avenue, Suite 200<br>Wilmington, Delaware 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br>anelson@hegh.law |
| Frank E. Scherkenbach (CA SBN 142549)<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br>scherkenbach@fr.com | SNELL & WILMER L.L.P.<br>David E. Rogers<br>Jacob C. Jones<br>One Arizona Center<br>400 East Van Buren Street, Suite 1900<br>Phoenix, AZ 85004-2202<br>(602) 382-6000<br>drogers@swlaw.com<br>jcjones@swlaw.com |
| Betty H. Chen<br>Howard G. Pollack<br>Leeron G. Kalay<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br>bchen@fr.com<br>pollack@fr.com<br>kalay@fr.com | *Attorneys for Defendant*<br>*SunLink Corporation* |
| *Attorneys for Plaintiff*<br>*NEXTRACKER, INC.* | |

    IT IS SO ORDERED this _____ day of April 2019.

_____
                    Hon. Maryellen Noreika